PAILLARD, INC., Respondent, v. PAUL MENDE, INC., and Others, Defendants, Impleaded with JOHN E. KLEIST, Appellant.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.